[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12710

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

OKECHUKWU DESMOND AMADI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:17-cr-00447-JSM-AEP-1

_____

Before JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

The government has moved to dismiss this appeal as untimely. Okechukwu Amadi's notice of appeal, deemed filed on August 13, 2024, under the prison mailbox rule, is untimely to challenge the amended criminal judgment entered on August 28, 2023. *See* Fed. R. App. P. 4(b)(1)(A) (providing that in criminal cases, a defendant's notice of appeal must be filed within 14 days after the entry of the judgment or order being appealed); *United States v. Lopez*, 562 F.3d 1309, 1312-14 (11th Cir. 2009) (holding that we must apply Rule 4(b)'s 14-day time limit when the government objects to an untimely notice of appeal); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (holding that a *pro se* prisoner's notice of appeal is deemed filed on the date he delivers it to prison authorities, and absent contrary evidence, we assume that a prisoner delivers a filing on the date he signs it).

Accordingly, the government's motion to dismiss is GRANTED, and this appeal is DISMISSED. All other pending motions are DENIED as moot.